# UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT
### 141 CHURCH STREET
### NEW HAVEN, CONNECTICUT 06510

CHAMBERS OF
**JANET BOND ARTERTON**
UNITED STATES DISTRICT JUDGE

TEL. ██████████
(AREA CODE 203)

July 13, 2007

Chairman Ortrie D. Smith
Administrative Office of the United States Courts
One Columbus Circle, N.E.
Suite 2-301
Washington, D.C. 20544

Dear Chairman Smith:

I enclose my Amended Financial Disclosure Report for calendar year 2006, and three copies.

Thank you.

~~Bond Arterton~~

Enclosures

RECEIVED 2007 JUL 16 A 11: 14 FINANCIAL DISCLOSURE OFFICE

AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| ARTERTON, JANET B | U.S. DISTRICT COURT | 07/09/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| ARTERTON, JANET B<br><br>ARTICLE III JUDGE/ACTIVE | ☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>**5b.** ☒ Amended Report | 01/01/2006<br>to<br>12/31/2006 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| U.S. DISTRICT COURT<br>141 CHURCH STREET<br>NEW HAVEN, CT 06510 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☒ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 05/13/95 | Garrison, Levin-Epstein, Chimes & Richardson, P.C.: Profit Sharing Plan/401k Plan. (No control.) |
| 2. | | |
| 3. | | |

RECEIVED 2007 JUL 16 A 11: 14 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2006 | George Washington University--Salary; -Professor |
| 2. | 2006 | Royalties: Rowman and Littlefield Publishers |
| 3. | 2006 | Honoraria: Department of State |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | American Law Institute/American Bar Association | Participant at Continuing Legal Education Program, Georgetown Law School, Washington, D.C., 2/9-2/10/06 (transportation, meals and hotel). |
| 2. | U.S. Embassy, China | Law school lectures, Beijing, Nanjing and Shanghai, 10/14-10/21/06 (transportation and per diem for food, lodging and expenses). |
| 3. | U.S. Embassy, Cambodia | Meetings with judiciary, court observations, 10/22-10/28/06 (transportation and per diem for food, lodging and expenses). |
| 4. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ARTERTON, JANET B | 07/09/2007 |

5.

| Name of Person Reporting | Date of Report |
|---|---|
| ARTERTON, JANET B | 07/09/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

X   NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

X   NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Janus Global and International | A | Dividend | M | T | | | | | |
| 2. Wells Fargo Adv. Opp. Fund (Formerly Strong Opp. Fund) | A | Dividend | M | T | | | | | |
| 3. Third Avenue Value Fund | A | Dividend | M | T | | | | | |
| 4. Vanguard Muni Bond Fund (Money Market Account) | B | Dividend | M | T | | | | | |
| 5. Garrison, et al Profit Sharing Plan/401k: American Funds | A | Dividend | N | T | | | | | |
| 6. Vanguard Windsor Fund | A | Dividend | L | T | Buy/mo. | | J | | |
| 7. TIAA/CREF Growth Fund | A | Dividend | L | T | Buy/mo. | | J | | |
| 8. Excelsior Value & Restructuring | A | Dividend | L | T | | | | | |
| 9. Vanguard Morgan Growth Fund | A | Dividend | L | T | Buy/mo. | | J | | |
| 10. Schwab US Treas. Money Fund | A | Dividend | K | T | Sell | 01/06 | K | | |
| 11. Vanguard 500 Index Fund | A | Dividend | K | T | Buy/mo. | | J | | |
| 12. AYALA | A | Dividend | J | T | | | | | |
| 13. People's Bank (CD) | A | Interest | J | T | | | | | |
| 14. Gartmore GVIT Emerging Market III | B | Dividend | K | T | Buy | 01/06 | K | | |
| 15. Nationwide Annuity: | E | Distribution | N | T | | | | | |
| 16. -American Century VIP Inome & Growth | | Dividend | K | T | Sell | 01/06 | K | | |
| 17. -Wells Fargo Adv.Opp.Fund (Formerly | A | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ARTERTON, JANET B | 07/09/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| Strong VIP Opp. Fd) | | | | | | | | | |
| 18. -Neuberger Berman Partners Portfolio | A | Dividend | L | T | | | | | |
| 19. -Gartmore GVIT Small Company Fund | A | Dividend | K | T | Sell | 01/06 | K | | |
| 20. Vanguard International Value Fund | A | Dividend | M | T | Buy/mo | | L | | |
| 21. CT Higher Ed Trust | A | Dividend | J | T | Buy/mo | 03/06 | J | | |
| 22. Vanguard Muni Bond Fund | A | Interest | K | T | Buy | 0/06 | K | | |
| 23. Vanguard Small Cap Growth | A | Dividend | K | T | Buy | 01/06 | K | | |
| 24. People's Bank CD | A | Interest | J | T | Buy | 12/06 | J | | |
| 25. Gartmore GVIT Int'l GR III | B | Dividend | K | T | Buy | 01/06 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ARTERTON, JANET B | 07/09/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatur█████████████████████████████████                    Date _____ 9 July 2007

NOTE: A█████████████O KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL
AND CRI████████████(5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>ARTERTON, JANET B | 2. Court or Organization<br><br>U.S. DISTRICT COURT | 3. Date of Report<br><br>05/3/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>ARTICLE III JUDGE/ACTIVE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b.   ☐   Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>U.S. DISTRICT COURT<br>141 CHURCH STREET<br>NEW HAVEN, CT 06510 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☒ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 05/13/95 | Garrison, Levin-Epstein, Chimes & Richardson, P.C.: Profit Sharing Plan/401k Plan. (No control.) |
| 2. | |
| 3. | |

RECEIVED 2007 MAY -4 A 10: 58 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2006 | George Washington University--Salary; -Professor |
| 2. 2006 | Royalties: Rowman and Littlefield Publishers |
| 3. 2006 | Honoraria: Department of State |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. American Law Institute/American Bar Association | Participant at Continuing Legal Education Program, Georgetown Law School, Washington, D.C., 2/9-2/10/06 (transportation, meals and hotel) |
| 2. U.S. Embassy, China | Law school lectures, Beijing, Nanjin and Shanghai, 10/14-10/21/06 (transportation and per diem for food, lodging and expenses). |
| 3. U.S. Embassy, Cambodia | Meetings with judiciary, court observations, 10/22-10/28/06 (transportation and per diem for food, lodging and expenses). |
| 4. Department of Justice/Department of State (OPDAT), Suriname | Judicial workshop 3/12-3/16/06 (transportation and reimbursement for food and lodging |

5.

| Name of Person Reporting | Date of Report |
|---|---|
| ARTERTON, JANET B | 05/3/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ARTERTON, JANET B | 05/3/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Janus Global and International | A | Dividend | M | T | | | | | |
| 2. Wells Fargo Adv. Opp. Fund (Formerly Strong Opp. Fund) | A | Dividend | M | T | | | | | |
| 3. Third Avenue Value Fund | A | Dividend | M | T | . | | | | |
| 4. Vanguard Muni Bond Fund (Money Market Account) | B | Dividend | M | T | | | | | |
| 5. Garrison, et al Profit Sharing Plan/401k: American Funds | A | Dividend | N | T | | | | | |
| 6. Vanguard Windsor Fund | A | Dividend | L | T | Buy/mo. | | J | | |
| 7. TIAA/CREF Growth Fund | A | Dividend | L | T | Buy/mo. | | J | | |
| 8. Excelsior Value & Restructuring | A | Dividend | L | T | | | | | |
| 9. Vanguard Morgan Growth Fund | A | Dividend | L | T | Buy/mo. | | J | | |
| 10. Schwab US Treas. Money Fund | A | Dividend | K | T | Sell | 01/06 | K | | |
| 11. Vanguard 500 Index Fund | A | Dividend | K | T | Buy/mo. | | J | | |
| 12. AYALA | A | Dividend | J | T | | | | | |
| 13. Agere Systems | A | Dividend | J | T | | | | | |
| 14. People's Bank (CD) | A | Interest | J | T | | | | | |
| 15. Nationwide Annuity: | E | Distribution | N | T | | | | | |
| 16. -American Century VIP Inome & Growth | | Dividend | K | T | | | | | |
| 17. -Wells Fargo Adv.Opp.Fund (Formerly | A | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000<br>● =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| ARTERTON, JANET B | 05/3/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| Strong VIP Opp. Fd) | | | | | | | | | |
| 18.   -Neuberger Berman Partners Portfolio | A | Dividend | L | T | | | | | |
| 19.   -Gartmore GVIT Small Company Fund | A | Dividend | K | T | | | | | |
| 20.   Vanguard International Value Fund | A | Dividend | M | T | Buy/mo | | L | | |
| 21.   CT Higher Ed Trust | A | Dividend | J | T | Buy/mo | 03/06 | J | | |
| 22.   Vanguard Muni Bond Fund | A | Interest | K | T | Buy | 0/06 | K | | |
| 23.   Vanguard Small Cap Growth | A | Dividend | K | T | Buy | 01/06 | K | | |
| 24.   People's Bank CD | A | Interest | J | T | Buy | 12/06 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001   $50.000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50.000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ARTERTON, JANET B | 05/3/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu███████████████████████████  Date  3 May 2007

NOTE███████████████████████████Y FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL
AND ███████████████ (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544